[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11413

Non-Argument Calendar

_____

BARRY LYNN GIBSON,

Petitioner-Appellant,

*versus*

DOOLY SP WARDEN,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01120-SCJ

_____

2                    Opinion of the Court                    23-11413

Before:  JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Barry Lynn Gibson, a state prisoner proceeding *pro se*, appeals the district court's February 3, 2023, final order and judgment.  To timely seek review of the final judgment, Gibson needed to file a notice of appeal by March 6, 2023.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C).  The notice of appeal, deemed filed on April 19, 2023, is therefore untimely, and we lack jurisdiction.  *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.